

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*US Attorney's Office*                    *Telephone (919) 856-4530*
*150 Fayetteville Street*                 *Criminal FAX (919) 856-4487*
*Suite 2100*                              *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601*          *www.usdoj.gov usao/nce*

## M E M O R A N D U M

DATE:       February 21, 2024

TO:         Clerk's Office
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

REPLY TO:  MICHAEL F. EASLEY, JR.
           United States Attorney

ATTN OF:   GABRIEL J. DIAZ      *GJD*
           Assistant United States Attorney

SUBJECT:   UNITED STATES v. PARKER ALLEN GIBSON
           No. **5:24CR68** WESTERN DIVISION


        Please issue warrants for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office. The warrant should be returnable before the U.S. Magistrate Judge.


GD:jf

cc: US Marshal Service
    US Probation Office