UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-068-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **NOTICE OF APPEARANCE** |
| PARKER ALLEN GIBSON | |

Please take notice that Elisa Cyre Salmon and The Salmon Law Firm, LLP hereby give notice of appearance as counsel for defendant in the above captioned case.

Respectfully submitted this 21st day of March 2024.

**THE SALMON LAW FIRM, LLP**

*Elisa Cyre Salmon*
Elisa Cyre Salmon
N.C. State Bar No. 35242
Post Office Box 185
Lillington, North Carolina 27546
T: (910)984-1012
F: (910) 893-4608
*Retained Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of appearance was served via CM/ECF to the following:

AUSA Nick Hartigan; AUSA Dennis Duffy
Office of the United States Attorney
Eastern District of North Carolina

Respectfully submitted this 20th of March 2024.

*Elisa Cyre Salmon*
Elisa Cyre Salmon
N.C. State Bar No. 35242
Post Office Box 185
Lillington, North Carolina 27546
T: (910)984-1012
F: (910) 893-4608