

Photograph of Interior of Unit 204: Produced by USAO at Bates # 003.
Showing Lockers and Cabinets Opened without a Warrant.



Photo of Item Seized from Unit 204 Inside Latched Case, Produced by USAO at Bates # 0003



Photo of Various Closed/Sealed Containers Searched w/o Warrant in Unit 204: Produced by USAO Bates #0003.



Photo of Case w/in Case Searched w/o Warrant in Unit 204: Prod. by USAO Bates #0003



Additional Photo of Cases Opened and Searched w/o Warrant: Produced by USAO Bates #0003



Photo of Closed Cases: Produced by USAO Bates #0003.