

Photo of Latched Case in Garage: Produced by USAO at Bates #0002