| AGENT'S INVESTIGATION REPORT<br>CID Regulation 195-1 | LER NUMBER 0025-2022-CID343-011874 |
|---|---|
| | PAGE 1 OF 1 |

**DETAILS**

**BASIS FOR INVESTIGATION:** SGM Kevin F█████████████████████████████████ Airborne (ABN), Fort Bragg, NC 28307 (FBNC) reported an individual (later identified as CW4 Kelsey Gibson █████████████████████████ FBNC) had information in reference to her husband, former unit member (later identified as MSG (Ret.), Parker Gibson (henceforth known as Mr. Gibson), ███████████ Bunnlevel, NC 28323 had placed what she believed to be stolen US Government Equipment in her storage unit.

About 1859, 21 June 22, SA Justin R. G█████ this office called CW4 Gibson who stated she visited her storage unit she was renting and observed military drones, green tip 5.56 ammunition and numerous military batteries. CW4 Gibson stated there were numerous pelican cases and unit insignia gear and other drones. CW4 Gibson stated she had obtained photographs and created a Google drive where she uploaded the images. CW4 Gibson stated she would provide access to SA G█████ CW4 Gibson stated she would be available 22 Jun 22, around noon, to have this office conduct a search of the storage unit and was willing to provide consent.

About 1210, 22 June 22, SA G█████ met with CW4 Gibson and DET Brad Byrd, Harnett County Sheriff, at USA Storage Center Stockade. SA G█████ received and reviewed the tenant contract of CW4 Gibson's storage unit. A review of the document revealed the agreement and execution date of the contract was 12 Mar 21 and was assigned Unit #204. The tenant name listed was CW4 Gibson and the lease number was 6289. (See Rental Agreement for details)

About 1217, 22 June 22, SA G█████ obtained a verbal and written consent to search storage unit #204 located at 67 Brandywood Ct., Cameron, NC 28326 from CW4 Gibson. Subsequently, CW4 Gibson provided SA G█████ with a business card containing the access code to enter the premises which was "5369*". CW4 Gibson escorted SA G█████ SA M█████ and DET Byrd to her storage unit. (See Consent to Search for details)///LAST ENTRY///

| TYPED AGENT'S NAME AND SEQUENCE NUMBER<br>///PROTECT IDENTITY//<br>SA Elmer M█████ | ORGANIZATION<br>█████ CID<br>Fort Bragg, NC 28310 | |
|---|---|---|
| SIGNATURE | DATE<br>22 June 22 | EXHIBIT |