# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| ▮▮CID | Fort Bragg, NC 28307 |

| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | ADDRESS |
|---|---|
| ☐ OWNER   Crime Scene | USA Storage Center Stockade |
| | 67 Brandywood Ct |
| ☒ OTHER | Cameron, NC 28326 |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| USA Storage Center Stockade 67 Brandywood Ct Cameron, NC 28326 | Evidence | 1243-1902 / 22 Jun 22 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | **Waterproof Bag:** containing Raven brand UAV, S/N: 19960, one (1) Tail Piece S/N: 51984B, five (5) Horizontal Stabilator's S/N: 1713AAE642 / 1715AAE724 / 1713AAE639 / 1351AAD511, 1714AAE671, six (6) Wing Tips S/N: 1444AAE549 / 1534AAE773 / 1440AAE432 / 1541AAF167 / 1539AAE998 / 00149, four (4) Wing Ends S/N: 00035 / 00093 / 1540AAF209 / 1141AAB996, one small (1) Wing Piece S/N: 1248AAH279, one (1) tail piece S/N: 1245AJ581. Waterproof bag was Marked for Identification (MFID) with 1243/22 Jun 22/JRG. |
| 2 | 1 | **Waterproof Bag:** with label # 56357, containing GCS AC Adapter Part # 51212, RF Unit S/N: 11865, Controller S/N: 06846, Hub Unit S/N: 06955, Metal Item with label # 58681, Metal Bracket with label # 51418, two (2) black cables, one (1) preflight checklist, one (1) black bag containing multiple rods, Waterproof bag was MFID with 1250/22 Jun 22/JRG. |
| 3 | 3 | **Magazines:** standard military issued 30 round capacity magazines. Each magazine contained approximately 30 rounds (90 total) of green tip 5.56 ammunition containing Lot Number: "LC 15". Magazines were MFID with 1255/22 Jun 22/JRG. |
| 4 | 1 | **Pelican Case:** S/N: 64572, containing labels of "0445", "2 of 6", "UDOC: 60939-4600, containing one (1) drone containing the printed label: AV 1103AVA379. Pelican case was MFID with 1257/22 Jun 22/JRG. |
| 5 | 1 | **Pelican Case:** S/N: 52084, containing labels of "0425", "5 of 6", containing one (1) drone S/N: 0567. Pelican case was MFID with 1303/22 Jun 22/JRG. |
| 6 | 1 | **Pelican Case:** S/N: 64572, containing approximately one large piece of burlap and four military ammunition cans. **Ammunition Can #1:** contains green duct tape affixed to the top and reads "26x30, 70GR, 5.56, Barnes TSX, 780". Can contained 60 rounds of LOT # BLH09C121-008 / 60 rounds of LOT # BLH09E173-001 / 60 rounds of LOT # BLH08M162-002 / 90 rounds of LOT # BLH08H162-001 / 210 rounds of LOT # BLH10D176-005 / 300 rounds of LOT # BLH14A226-002, **Ammunition Can #2:** /////////////////////////////////////EVIDENCE CONTINUED ON ADDITIONAL PAGES//////////////////////////// |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-79 | 22 Jun 22 | SIGNATURE: N/A  —  NAME, GRADE OR TITLE: Crime Scene | SIGNATURE: ▮▮▮  —  NAME, GRADE OR TITLE: SA Justin R. G▮▮ | Evaluation as Evidence/Received by Evidence Custodian |
| | | SIGNATURE  —  NAME, GRADE OR TITLE | SIGNATURE  —  NAME, GRADE OR TITLE | |
| | | SIGNATURE  —  NAME, GRADE OR TITLE | SIGNATURE  —  NAME, GRADE OR TITLE | |
| | | SIGNATURE  —  NAME, GRADE OR TITLE | SIGNATURE  —  NAME, GRADE OR TITLE | |
| | | SIGNATURE  —  NAME, GRADE OR TITLE | SIGNATURE  —  NAME, GRADE OR TITLE | |
| | | SIGNATURE  —  NAME, GRADE OR TITLE | SIGNATURE  —  NAME, GRADE OR TITLE | |

DA FORM 4137
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete.

LOCATION _____

DOCUMENT NUMBER  OC5-22

EXHIBIT

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|---|---|---|
| | | **Ammunition Can #2:** contains no green duct tape affixed to the top, can contained 28 boxes holding 30 cartridges of 5.56, 62GR, RRLP, **LOT # BLH15H213-009,** 840 total rounds. **Ammunition Can #3:** contains green duct tape affixed to the top and reads "28x30, 5.56 Barnes TSX 840". Can contained 14 boxes of 30 cartridges of 5.56, 70gr, Barnes TSX, **LOT # BLH09E173-001 / BLI08H162-001,** 420 total rounds. **Ammunition Can #4:** contains green duct tape affixed to the top and reads "10 x 50, 785 GR, .45 match, 500". Can contained ten (10) boxes of Atlanta Arms & Ammo, X534 Shortline, **LOT # 3108I1,** 500 total rounds. Pelican Case was MFID with **131I/ 22 Jun 22/JRG.** |
| 7 | 1 | **Pelican Case:** S/N: 52084, containing various materials, cloth and fabrics of various colors utilized to make a ghillie suit. Pelican Case was MFID with **1313/22 Jun 22/JRG.** |
| 8 | 1 | **Carrying Case:** Silver carrying case, unknown brand, scratched and used condition, containing one (1) MATRIX brand drone S/N: **MAT10704,** one (1) plastic bag containing drone components, one (1) ASUS charger, one (1) Immersion RC brand 5.8G antenna, Carrying Case was MFID with **1318/22 Jun 22/JRG.** |
| 9 | 1 | **Pelican Case:** identified with gray duct tape stating "CHARGERS/Power Supplies, INVERTERS / PWR STRIPS (2x UBCs)", containing: one (1) black power strip S/N: 66486, two (2) Wiremold Brand power strips S/N: E66421, UL207BC, three (3) Waber Brand power strips, S/N: 2113AS0, 2223AS0 (2x), one (1) AIMS Power Power Inverter S/N: 12G08947, four (4) Batter Charger Power Supply P/N: 96X-3-08-1501 S/N: 014, YXAJ56F5FEB5, EV201608010883, EV201608010821, two (2) Universal Battery Charger gray pelican cases S/N: 8837, 1309, one (1) BESTEK brand Power Inverter, red in color, no serial number, four (4) Venom Pro 3 Chargers S/N: 1232660, 1232836, 1232636, 1200266, four (4) HiTEC brand multi chargers containing no individual identifying markers, five (5) miscellaneous chords, one Nagano charger chord S/N: 1203SB0076280G and one (1) Condor Charger S/N: A/13556EA. Pelican Case was MFID with **1324/22 Jun 22/JRG.** |
| 10 | 1 | **Pelican Case:** containing two (2) InstantEye MK-2 sUAS S/N: 0030200400158, 0030200400157, one (1) balance charger/discharger S/N: 1232632, two (2) multi-cam carrying cases, one (1) ground control station S/N: 0010200300672, one (1) box labeled propellers containing extra propellers, one (1) box labeled motors containing additional motor parts, one (1) InstantEye Training Manual and one (1) InstantEye Technical Manuel. Pelican Case was MFID with **1328/22 Jun 22/JRG** |
| 11 | 1 | **Pelican Case:** containing six (6) smaller pelican cases within. All cases were empty and in used condition. Pelican Case was MFID with **1332/22 Jun 22/JRG.** |
| 12 | 1 | **Carrying Case:** NANUK brand, Aeryon Labs Inc. Battery Charger, Label Number: CR1017796 and one power cable. Carrying Case was MFID with **1335/ 22 Jun 22/JRG.** |
| 13 | 1 | **Pelican Case:** containing two (2) Raven Rechargeable Batteries, S/N: 1537EPA273, 1537EPA244, two (2) Ultra Pulse Batteries 10,000 mAh, two (2) Ultra Pulse Batteries 8,000 mAh, two (2) Turbo Ace Batteries 10,000 mAh, two (2) Ultra Pulse Batteries 6,000 mAh, two (2) Ultra Pulse Batteries 4,500 mAh, two (2) Hacker Brand Batteries 4,500 mAh, two (2) Thunder Power Rampage RC batteries 70C, two (2) Ultra Pulse Batteries 3700 mAh, two (2) Ultra Pulse Batteries 3,000 mAh, six (6) Ultra Pulse Batters 2,200 mAh, four (4) LiPo Batteries 3250 mAh, two (2) Venom Batteries 5,000 mAh, one (1) Mad Dog Battery 1,800 mAh, one (1) R-Line Battery 1800 mAh, four (4) R-Line Batteries 1550 mAh, seven (7) R-Line Batteries 1300 mAh and approximately thirty (30) paper towels. Pelican Case was MFID with **1337/ 22 Jun 22/JRG.** |
| 14 | 1 | **Pelican Case:** containing one (1) Small Unmanned Aircraft System (SUAS) Operator's Manual, one (1) Mantis i45 Gimbal Quick Reference Guide, one (1) Mantis i45 Gimbal S/N: 1718AVA201, three (3) invisible laser systems S/N: 1048AVA257, 1710AVA796, 51140-D, two (2) GPS SAASM Receiver SubAssembly S/N: 22HYRV, 21CYL2, three (3) M1 DDLT S/N: SMI16164, SMI15638, SMI15683, nine (9) drone motor components S/N: 135, 1511AVA292, 1510AVA257, 1509AVD883, 056, 1511AVA333, 1511AVA337, 046, 1510AVA258, nineteen (19) bags containing drone blades, one (1) XE240 Motor, one (1) WP-Speed Control Assembly, one (1) bag containing part #'s 52468, 50596, one (1) bag containing part 50328, one (1) blade antenna, one (1) bag containing six 1900 Flap SX Assy-WR, one (1) bag containing 12 Flap SX Assy with various numbers, one (1) bag containing four aero-naut Cam Carbon wing sets, four unknown components S/N: 1443AVA580, 1349AVA043, 1444AVA628, 1444AVA622, one (1) bag containing six 2300 Aileron SX Assy-WR, one (1) bag containing three (3) waterproof rubbers P/N: JAI-XE20-WPRUDSX, one (1) bag containing three (3) waterproof elevator servo P/N: JAI-XE20-WPELEVSX, three (3) sets of plastic antenna rod systems, one (1) Wing Air Data Circuit tester with various unidentified cables, chords and drone pieces, two (2) engine motors S/N: 1506NTA307 / 1342NTAO13, one black bag containing a black blade and black tether, three pieces of black plastic with metal rods, one UAV launch cable, one bag containing ten (10) gray propellers P/N: 61950, one (1) bag containing an XE240 prop blade spinner, one pink bag containing 4 black tethers and 1 gray string, one pink bag containing white and black pieces, one black bag labeled "82249 12" containing one survirvor brand thumb drive SW: 1050, one pink bag labelled "82251" containing stickers reading "payload contains software", installation instructions for Field Service of Mantis 145 Super Gimbal Payload, two pieces of notebook paper reading "FLIUVAE PRO-640...SAHIL@DSLRPROS.COM...JEFF BLOCH 770-329-5503".Pelican case was MFID with **1342, 22 Jun 22/JRG.** |
| ////////////// | ////////////////////// | ////////////////////////**EVIDENCE CONTINUES ON NEXT PAGE**///////////////////////////////////////////// |

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**

REGRADED UNCLASSIFIED
MFB, 13 MAR 23, SCTY MGR OCA

0034

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|---|---|---|
| 15 | 1 | **Pelican Case:** containing one black folder containing the course outline for the RA-11B SUAS, two (2) Panasonic Toughbook's S/N: 4HKYA90825, 4HKYA90902, six (6) individual laser devices S/N: 1136AVA955, 1708AVA824, 1132AVA903, 1213AVC035, 1240AVC149, 1708AVA755, two (2) HUB UNIT's S/N: 09213, 06618, five (5) RF UNIT's S/N: 08907, 08290, 09150, 07496, 07667, one (1) controller S/N: 05915, two (2) GPS SAASM Recover SubAssembly S/N: 1YTF07, 1YRCLH, one (1) bag containing allen wrenches and plastic screws, one (1) bag containing plastic components labeled 50327, one (1) SUAS Checklist pamphlet, one (1) Garmin brand component S/N: 50650, one (1) Aeronaut Cam Carbon engine with component S/N: 1233AVA615, one (1) preflight checklist, three (3) sets of plastic collapsible rods, and miscellaneous wires and antennas. Pelican Case was MFID with **1346/22 Jun 22/JRG** |
| 16 | 1 | **Case:** SKB brand, drone case, case containing string with label, case containing one (1) DJI drone Model: W322B, FCC ID: SS3-WM3221510, with controller, S/N: 077JD005010218. SKB Case was MFID with **1351/ 22 Jun 22/JRG.** |
| 17 | 1 | **Pelican Case:** containing four (4) cases of various sizes held within each other. Pelican case was MFID with **1356/22 Jun 22/JRG.** |
| 18 | 1 | **Pelican Case:** Tan in color, containing four (4) pelican cases of various sizes and one (1) case, unknown brand. Pelican case was MFID with **1357/ 22 Jun 22/JRG.** |
| 19 | 1 | **Backpack:** multi-cam backpack designed to carry UAV, empty. Backpack was MFID **1404/22 Jun 22/JRG.** |
| 20 | 6 | **Foam Case: Case One** is identified by markings "42-37" containing one DJI drone with the label "42-37" affixed to its frame and one (1) controller with label "42-39" affixed to it, one (1) charging block and chord, seven (7) loose propellers and one silver DJI bag containing seven 7 propellers. **Case Two** is identified by markings "G. P4_2", containing one DJI USAV controller Model GL300C and has a label reading "PHANTOM 1", **Case Three** is identified by marking "G.P4_4", containing one DJI USAV controller Model GL300C and has a label reading "42-2", **Case Four** is identified by marking "H ███", containing one (1) DJI USAV with the label affixed reading "H█████", one (1) DJI USAV controller with the label "H█████", (1) charging block and chord, and six (6) loose propellers, **Case Five** is identified by marking "J█████████ containing one (1) DJI USAV with the label affixed reading "J████████", one (1) DJI USAV controller with the label "J██████" and six (6) loose propellers, **Case Six** does not contain any identifiable markings, containing one DJI USAV controller with the label affixed reading "42-33". Foam Cases were MFID with **1414/22 Jun 22/JRG.** |
| 21 | 1 | **Case:** gray in color, Hardigg brand, containing one (1) Motorola LST-5C, S/N: N377, one (1) communication antenna S/N: 0610, one handheld set and miscellaneous antennas and chords. Case was MFID with **1429/22 Jun 22/JRG.** |
| 22 | 1 | **Case:** silver in color, Zarges brand, containing two maps designated as SECRET, fifty-five (55) standard military 30 round M4 magazines, all empty, two micro-fiber towels, one (1) bag containing an M4 grip and four miscellaneous pieces, one (1) standard military ammunition can containing 660 rounds of 62gr, 5.56mm LOT# BLH15H213-009 and 120 rounds of .300 blackout 201gr. subsonic, **LOT # BLH15K233-006**, one (1) bag containing two boxes of Atlanta Arms XJ34 Short Line 45 ACP LOT # 310811 for a total of 100 rounds, one (1) bag containing 210 rounds of 5.56mm, green tip on clips, DODIC # LC-09J387-323, two (2) incendiary grenades labeled "Grenade Hand Incendiary TH3 AN-M14 OPI-1-13, one (1) red smoke grenade, one (1) electric firing device for a claymore system and one (1) tester, one (1) Optimum Nutrition Amino bottle containing approximately 71 rounds of .300 blackout, one (1) plastic bag containing 35 shell casings of .300 blackout. Case was MFID with **1435/22 Jun 22/JRG.** |
| 23 | 1 | **Ammunition Can:** large military ammunition can containing two (2) Universal Battery Charger's S/N: 1250, 1312, seventeen (17) lithium ion rechargeable batteries. S/N: 32552, 31981, 32047, 31968, 32060, 32048, 32057, 32568, 004985, 002865, 005036, 001545, 005072, 001559, 005070, A43501, A43492. Ammunition Can was MFID with **1441/22 Jun 22/JRG.** |
| 24 | 1 | **Box:** cardboard box addressed to "Jean Luna, BLDG 0-1900 Lamont RD HR35, Fort Bragg NC 28307", containing three (3) RHP International RHP BOS-RC-IF S/N: 8076, 8077, 8079, one (1) plastic case containing miscellaneous tools, three (3) bags containing Dimension Engineering Radio Controlled Relay and associated parts, four (4) TBS Crossfire Nano RX from Team-Blacksheep, two (2) IFIXIT precision tweezer sets, four (4) Video Aerial Systems 5.8GHz Ion V2 parts, four (4) TBS Crossfire Immortal T Antenna's, ten (10 individually wrapped COPTER components, two (2) bags containing miscellaneous items. Box was MFID with **1450/22 Jun 22/JRG.** |
| 25 | 1 | **Box:** Krosno brand box containing approximately four (4) whiskey glasses containing unit insignia. Box was MFID with **1451/22 Jun 22/JRG.** |
| 26 | 1 | **Box:** containing five (5) 14oz, black, Yeti mugs containing unit insignia. Box was MFID with **1453/22 Jun 22/JRG.** |
| 27 | 2 | **Decanter's:** two individually packed decanter's in white boxes, containing the unit insignia and American flag engraved. The boxes were MFID with **1455/22 Jun 22/JRG.** |
| 28 | 1 | **Box:** containing six 20oz Yeti brand tumblers, white in color, containing the unit insignia. Box was MFID with **1458/22 Jun 22/JRG.** |

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|---|---|---|
| 29 | 1 | **Box:** containing four 14oz, white, Yeti brand mugs containing unit insignia. Box was MFID with **1502/22 Jun 22/JRG.** |
| 30 | 1 | **Box:** containing four 20oz, black, Yeti tumblers containing unit insignia. Box was MFID with **1505/22 Jun 22/JRG.** |
| 31 | 1 | **Box:** containing one box, one Valley Forge brand containing an American flag, four boxes of Annin Flagmaker American flags 3 x 5, three boxes of Annin Flagmaker POW/MIA 3 x 5 flags, three (3) 2019 unit Christmas decorations, ten (10) unit insignia gold circular plates, two (2) Heritage flag company wooden American flags with unit insignia, three (3) steel flasks with AK leather containing unit insignia, and two individually packed decanter's in white boxes, containing the unit insignia and American flag engraved. The box was MFID with **1510/22 Jun 22/JRG.** |
| 32 | 1 | **Ammunition Can:** Standard issues ammunition can with markings "1000 CRTG Cal .45 MATCH LOT WCC02A042-002", containing two (2) RHCP Vulcan 5.8 components, one (1) RHCP Gatlin9.5.8 component, one (1) RHCP Sniper 5.8, one (1) RHCP X²-AIR 5.8, four (4) TBS Triumph circular antennas, two (2) Lumenier brand long range antennas, three individually packed Lumenier components, two (2) RHCP X-AIR 5.8, one (1) RHCP BIQUAD 5, seventeen (17) individual packed bags containing miscellaneous components, one (1) Lumenier AXII 5.8 Patch Antenna, one (1) AOMWAY 5G8 internet enhance. Ammunition can was MFID with **1533/22 Jun 22/JRG.** |
| 33 | 1 | **Portable Charger:** Brentronics brand, S/N: 010549. Portable Charger was MFID with **1537/ 22 Jun 22/JRG.** |
| 34 | 1 | **Backpack:** Maxpedition brand backpack, black, containing two (2) VAPOR 6 batteries, 22000 22.2v, two (2) ¼ VAPOR batteries, 16000 22.2v and one package of Wet Ones brand antibacterial hand wipes. Backpack was MFID with **1540/22 Jun 22/JRG.** |
| 35 | 1 | **Ammunition Can:** identified by a torn white tape stating "1PTY", containing thirteen (13) Lumenier brand 1500 mAh batteries, and four (4) TATTU brand 1400 mAh batteries. Ammunition can was MFID with **1544/22 Jun 22/JRG.** |
| 36 | 1 | **Case:** DJI Inspire 1, containing one (1) DJI Inspire Pro Drone QR # W04D520193, instructional manual, one (1) DJI Zenmuse X5 lense # W10KA00QFQ, one DJI Model: GL658C, QR # W14JDA1106022 controller, three (3) bags of miscellaneous end items associated with the drone. Case was MFID with **1546/22 Jun 22/JRG.** |
| 37 | 2 | **Tow Straps:** both straps contains manufacturer markings "CGU-1/B CL2 2Z947/C12687C240", first strap contains bungee cord wrapped around, second strap contains rubber bands. Tow straps were MFID with **1549/22 Jun 22/JRG.** |
| 38 | 1 | **Case:** containing a Slant Range multispectral sensor, S/N: 0343, one (1) white bag containing a Transcend brand USB, one (1) IR sensor, one (1) black chord, (1) plastic bag containing (8) screws, one (1) microfiber towel. Case was MFID with **1551/22 Jun 22/JRG.** |
| 39 | 1 | **Case:** identified with manufacturer markings "DX9 Black Edition", containing one (1) DX9 controller, S/N: A143505970A94, one (1) empty plastic bag, one plastic controller cover, one power charging chord, one (1) plastic bag containing 8 plastic covers, one (1) white box containing multiple charging adapters. Case was MFID with **1554/22 Jun 22/JRG.** |
| 40 | 1 | **Pelican Case:** containing a Pulse Aerospace Hyperion NET & DUO series 3 chargers, #HP –EOS720ISDUO3 and one (1) set of loose cables. Pelican Case was MFID with **1557/22 Jun 22/JRG.** |
| 41 | 1 | **Case:** containing the manufacturer label "insta eye" in the bottom right corner, containing one (1) drone controller, unknown brand, S/N: 0010200300439, and one InstantEye Mk-2 drone GEN3 sUAS, S/N: 0030200300939. Case was MFID with **1559/22 Jun 22/JRG.** |
| 42 | 1 | **Case:** identified with duct tape reading "G.P3_2", containing DJI drone Model: W322B, S/N: P01012.09, one (1) DJI controller, Model: GL300C, label code reading "077DCL11011345", one (1) charging chord and power block. Case was MFID with **1602/22 Jun 22/JRG.** |
| 43 | 1 | **Case:** containing one (1) DJI drone, Model: WM330A, one (1) DJI drone controller Model: GL300C with label reading "42-31", one USB power chord. Case was MFID with **1604/22 Jun 22/JRG** |
| 44 | 1 | **Case:** identified with duct tape reading "G.P3_1", containing DJI phantom drone Model: W322B, S/N: P77UDD0, 8B2003F", one (1) DJI controller, model: GL300C, S/N: 077JDD05010270 and standard quick start guide. Case was MFID with **1607/22 Jun 22/JRG.** |
| 45 | 1 | **Case:** Instant Eye brand, containing one (1) InstantEye Mk-2 GEN3 sUAS, S/N: 0030200300581drone, one (1) technical manual, one controller, S/N: 0010200300293 and four miscellaneous plastic pieces. Case was MFID with **1610/22 Jun 22/JRG.** |
| 46 | 3 | **Samsung Tablet:** Galaxy S2, S/N: R52J201WV0Z, R52J201WHTB, R52J201WTKB, maintained in manufacturer box. Samsung Tablets were MFID with **1609/22 Jun 22/JRG.** |
| //////// | //////////// | ////////////////////////////////////**Evidence Continues on Next Page**////////////////////////////////////// |

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|---|---|---|
| 47 | 1 | **Drone:** (1) one DJI brand drone, Model W322B, S/N: P01012.09. Drone was MFID with **1615/22 Jun 22/JRG.** |
| 48 | 1 | **Case:** Containing one (1) DJI drone Model No: PV331, S/N: PH645383804, one (1) controller, # PT645383804, one (1) USB charging cable, one (1) power cord, (1) charging power block, one (1) silver bag containing miscellaneous items associated with the drone, four (4) propellers, one (1) plastic Ziploc bag containing the quick start guide and pilot training guide. Case was MFID with **1626/22 Jun 22/JRG.** |
| 49 | 3 | **Drone:** InstantEye brand, unknown models. S/N: 0030200300923, 0030200300937, 0030200400155. Drones were MFID with **1635/22 Jun 22/JRG.** |
| 50 | 1 | **Box:** containing paper towels, new condition. Box was MFID with **1637/22 Jun 22/JRG** |
| 51 | 2 | **Pouch:** MAXPEDITION brand, black and gray, containing four (4) loose propeller blades, one (1) snap screw bag, one (1) bag containing one propeller, one (1) lanyard bag, (1) stabilator bag and one (1) tool bag and one (1) roll of tape. Pouch was MFID with **1640/22 Jun 22/JRG.** |
| 52 | 2 | **Tire:** TRAXXAS brand, bearing the markings "8.0 x 4.0 – 4.0"…"Rotation". Tire was MFID with **1642/22 Jun 22/ JRG.** |
| 53 | 1 | **Box:** Bearing the manufacturer markings "FLIR", blue in color, containing two lenses S/N: 153403, 152085, and one (1) multi-function cable. Box was MFID with **1645/22 Jun 22/JRG.** |
| 54 | 1 | **Box:** Bearing the manufacturer markings "FAT SHARK FPV VIDEO GOGGLES RECON", new condition and sealed, bar code label: 8 40630 11131 4". Box was MFID with **1647/22 Jun 22/JRG.** |
| 55 | 4 | **Box:** Bearing the manufacturer markings "AIR GEAR MULTIROTOR DRIVING EQUIPMENT SET", all new condition and unopened, two (2) 450 sets and one (1) 350 set, one box earing the manufacturer markings "SPEKTRUM…DX6i", containing one (1) controller, used condition. Box were MFID with **1653/22 Jun 22/JRG.** |
| 56 | 1 | **Case:** containing three (3) Phantom 4 manuals, two white DJI boxes labeled as "ACCESSORIES", five (5) black DJI boxes labeled as "HDMI Output Module (Phantom 3 Pro/Adv/Phantom4)…5046", one (1) SKYREAT brand device held within a gray bag, one (1) empty gray bag, two (2) cases holding three lenses (6x): ND16, ND8 and ND4, one (1) bag containing three DJI AC Power Adapters, Model PH4C100, one (1) plastic bag containing seven gray cloth bags holding drone propellers, one (1) plastic bag holding 24 drone propellers, one (1) plastic bag holding 21 drone propellers, one (1) plastic bag holding one (1) DJI AC POWER ADAPTER S/N: Y50A2D178A001596, two (2) DJI controllers Model: Gl.200A S/N: 08WJE8R, 08WJE9M, one (1) power cord, two (2) miscellaneous chords, one (1) DJI Mavic Battery Charging Hub S/N: OCNKE7X061005W, three (3) cloth bags holding propellers, two various plastic parts, two silver bags labeled "X001CLIQ1D…FSLabs DJI Mavic Pr…Gimbal Ribbon Cable…New", one (1) plastic bag containing eleven (11) DJI cloth bags, (2) two plastic bags containing DJI straps, nine (9) plastic bags containing various repair parts, three (3) circular plastic containers containing miscellaneous drone repair parts. Case was MFID with **1700/22 Jun 22/JRG** |
| 57 | 1 | **Pelican Case:** Bearing the manufacturer # 52084 and markings "0425…3 of 6", empty. Pelican case was MFID with **1703/22 Jun 22/JRG.** |
| 58 | 1 | **Webbing:** Textile, ½" Natural MIL-W-5625, 400 yards, LOT # 53509C. Webbing was MFID with **1710/22 Jun 22/JRG.** |
| 59 | 1 | **Backpack:** MAXPEDITION brand, black, containing three (3) VAPOR LiPo 16000 22.2V batteries. Backpack was MFID with **1713/22 Jun 22/JRG.** |
| 60 | 1 | **Box:** SPEKTRUM brand bearing the manufacturer markings "DX9…The Next Generation 9-Channel". Empty. Box was MFID with **1714/22 Jun 22/JRG.** |
| 61 | 1 | **Case:** identified with duct tape reading "DOGS GEAR", three (3) OCP military style pouches, two (2) OCP dog harnesses, two (2) dog collars, blue and black in color. Case was MFID with **1720/22 Jun 22/JRG.** |
| 62 | 1 | **Bag:** plastic, containing three (3) boxes of 5.56mm, green tip ammunition, approximately 90 rounds, bearing the lot number "LC-09J387-323, and four (4) boxes of 5.56mm, green tip ammunition, approximately 120 rounds, bearing the lot number "LC-09J387-321. Bag was MFID with **1728/22 Jun 22/JRG. (SCRN)** |
| 63 | 1 | **Box:** plastic construction, yellow and black in color, containing five (5) water shed ZipDry bags, one (1) standard military first aid litter, two (2) FPV Racing Drone Frame Kit's, RS230 barcode: X001WD296D, one (1) 18dBi Yagi Antenna, four (4) SKILLCRAFT power duster cans, three (3) RC Tiger Motor Carbon Prop held within black felt bag, seven (7) Harris Radio antennas, various sizes,one (1) InterTek Listed hand held device S/N: 400295, one (1) Mobile Mark antenna P/N: 77844, one (1) L-Com Global Connectivity Antenna, bar code # 8 22335 07386 9, one (1) unknown antenna brand held within a green case, one |
| ///////// | ///////// | ///////////////////////////////////////**Evidence Continues on Next Page**//////////////////////////////////////// |

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|--------|----------|-------------------------|
| | | (1) 900MHz antenna, unknown brand, two (2) ANT-2012 antennas CBL.085, one (1) WR-ANT-059 S/N: 409547-0014, three (3) plastic bags containing various and miscellaneous items, one (1) bag containing a DEPSTECH brand WiFi Endoscope. Box was MFID with **1735/22 Jun 22/JRG.** |
| 64 | 2 | Magazine: Glock brand, 9mm, 16 round magazine, one (1) magazine empty, one (1) magazine contained approximately three (3) 9mm rounds containing the LOT # "WC11". Magazines were placed in a plastic bag, sealed and MFID with **1745/22 Jun 22/JRG.** (SCRNI) |
| 65 | 1 | Ammunition Can: Standard military ammunition can identified by the markings "MPT", containing one (1) piece of cardboard, eight (8) Ultra Pulse 1350 mAh batteries, seven (7) R-Line TATTU 1300 mAh batteries, three (3) TATTU 2500 mAh batteries, two fat shark 1800 mAh batteries. Ammunition Can was MFID with **1755/22 Jun 22/JRG.** |
| 66 | 1 | Ammunition Can: Standard military ammunition can identified by the markings "300 + 5.56 & 300x .38 cal", containing ten (10) Army standard issued 30 round magazines consisting of ball, green and orange tip 5.56mm rounds for a total of approximately three-hundred (300), LOT # "LC95", "WCC 09" and "LC05", three-hundred (300) rounds of .38 cal M41, LOT# "WCC90B081-012" bearing the manufacturer label "OLIN CORPORATION", three (3) PMAG brand magazines containing approximately ninety (90) rounds of 300 AAC Blackout R-P ammunition, one (1) plastic bag containing fifty (50) rounds of 5.56 ball LOT # "WCC 09". Ammunition Can was MFID with **1800/22 Jun 22/JRG.** |
| 67 | 1 | Ammunition Can: Standard military ammunition can identified by the markings "10 x 50...40...180gr...500", containing ten (10) boxes of Atlanta Arms & Ammo bearing the manufacturer label "H92236-12-P-3162...XJ33 40 180GR (Minor Velocity) Lot No 250712", approximately 492 rounds. Ammunition Can was MFID with **1805/22 Jun 22/JRG.** |
| 68 | 1 | Ammunition Can: Standard military ammunition can identified by the manufacturer markings "1000 CRTG 9mm...BALL...M882... LOT WCC13C051-039", containing twelve (12) boxes of 30 cartridges of 5.56 77 Gr. Special Ball Black Hills Ammunition, LOT # ██████████ approximately 360 rounds. Ammunition Can was MFID with **1810/22 Jun 22/JRG.** |
| 69 | 1 | Bag: plastic, containing three (3) boxes of 5.56mm, green tip ammunition, approximately 90 rounds, bearing the lot number "LC-09J387-323, and four (4) boxes of 5.56mm, green tip ammunition, approximately 120 rounds, bearing the lot number "LC-09J387-321. Bag was MFID with **1815/22 Jun 22/JRG.** |
| 70 | 1 | Box: containing three (3) Heritage Company wooden unit flags, two (2) unit cigar ashtrays, eight (8) individual unit coasters, three (3) flask containing Ashton Keely leather, four square glasses with unit insignia, twelve (12) cups with "Oppressors Beware" marking, three (3) sets of packaged unit coasters, two (2) unit CSM coins, two (2) unit coins with American eagle, two (2) non-unit member coins, two (2) unit member coins, three (3) packaged unit Christmas ornaments, two (2) Quill unit pens, two (2) wooden "Thanks" plaques, one (1) paper bag, one (1) unit bottle cork, five (5) boxes containing gold gun pin, seventeen (17) unit gold plates, two (2) unit whiskey glasses, five (5) unit formal glasses, two (2) coffee cups, black in color unknown brand, two wine glasses with unit logo, one (1) white Yeti tumbler, 20oz and one (1) black Yeti tumbler, 20oz, one Raptor brand holster piece, one glass decanter with unit logo. Box was MFID with **1820/22 Jun 22/JRG.** |
| 71 | 1 | Controller: DJI Model: GL300C, S/N: 077DCL14010121. Controller was MFID with **1825/22 Jun 22/JRG.** |
| 72 | 1 | Pouch: Army issued OCP 3-magzine pouch containing three (3) thirty round military magazines, empty, one (1) black IR-American flag. Pouch was MFID with **1830/22 Jun 22/JRG.** |
| 73 | 1 | Backpack: Army issued OCP backpack containing various pouches utilized for packing and storing drone equipment. Backpack was MFID with **1834/22 Jun 22/JRG.** |
| 74 | 4 | Batteries: Lithium rechargeable Li-polymer batteries. S/N: DEV-01518, DEV-1518, 015742, 05714. Batteries were MFID with **1836/22 Jun 22/JRG.** |
| 75 | 1 | Adapter: Part Number: BTA-70812, NSN: 5940-01-492-7238. Adapter was MFID with **1840/22 Jun 22/JRG.** |
| 76 | 1 | Case: plastic and black containing one (1) DJI Zennuse X5 camera lens S/N: 058DDJ07000994. Case was MFID with **1845/22 Jun 22/JRG.** |
| 77 | 4 | Inserts: black, large inserts containing various sizes and pieces, utilized for pelican cases. Packaging was MFID with **1858/22 Jun 22/JRG.** |
| 78 | 1 | Case: one (1) Fat Shark RC Vision Systems brand carrying case containing one (1) Fat Shark brand goggles, white, blue and black in color, no visible serial number. Case was MFID with **1900/22 Jun 22/JRG.** |
| //////////// | ///////////////// | ///////////////////////////////////////////Evidence Continues on Next Page/////////////////////////////////////// |

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**

REGRADED UNCLASSIFIED
MFB, 13 MAR 23, SCTY MGR OCA

0038

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES |
|--------|----------|-------------------------|
| 79 /////////////// | 7 ////////////////////// | **Pelican Cases:** six (6) black and one (1) tan pelican case, various sizes. Pelican cases were MFID with **1902/22 Jun 22/JRG.** ///////////////////////////////////////////**LAST ITEM**////////////////////////////////////////////////////////////////////// |

Page 7 of 7 Pages

**FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE**