IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-68-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ORDER |
| PARKER ALLEN GIBSON, | ) |
| Defendant. | ) |

The court will hold a hearing on defendant's motions to suppress [D.E. 27] on Tuesday, August 12, 2025, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. The parties should be prepared to present evidence on whether Kelsey Gibson had apparent authority to consent to the June 22, 2021 search of USA Storage Center Stockade unit 204 and the containers within. The parties should also be prepared to address the July 26, 2022 search of defendant's residence and whether defendant seeks to withdraw that portion of his motion to suppress considering the search warrant produced by the United States. See [D.E. 34-7].

SO ORDERED. This 31 day of July, 2025.

JAMES C. DEVER III
United States District Judge