(Updated 8/13/2025)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

### THE HONORABLE JAMES C. DEVER III
### UNITED STATES DISTRICT JUDGE PRESIDING

==Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.==

**CELL PHONES ARE PROHIBITED IN THE COURTROOM.**

### CRIMINAL SESSION COMMENCING ON
### ==August 18, 2025==

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

==**MONDAY, AUGUST 18, 2025 AT 9:00 AM**==
**SENTENCING**
**Calhoun**, Isaiah Keshawn                                                          4:25-CR-00003-1-D
**AUSA**: Kimberly Dixon
**ATTY:** Michael McDonald

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**SENTENCING**
**Perez-Dominguez,** Adan                                                        5:23-CR-00373-1D
**AUSA:** Jennifer Nucci                                                                 *Interpreter Needed
**ATTY:** William Vasquez

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**SENTENCING**
**Fuertes-Bolanos,** Mauricio
**AUSA:** Gabriel Diaz                                                                      5:23-CR-00297-1-D
**ATTY:** R. Andrew McCoppin                                                   *Interpreter Needed

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**SENTENCING**
**Fuertes-Bolanos**, Mauricio  5:24-CR-00280-1-D
**AUSA:** Kelly Sandling /Ashley Foxx  *Interpreter Needed
**ATTY:** R. Andrew McCoppin

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Fuertes-Bolanos,** Mauricio
**AUSA:** Gabriel Diaz  5:19-CR-00424-1-D
**ATTY:** R. Andrew McCoppin  *Interpreter Needed

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**SENTENCING**
**Santos-Lebron**, Jose Antonio  7:24-CR-00108-D
**AUSA:** Nathaniel Lemons/Evelyn Yarborough  *Interpreter Needed
**ATTY:** Meaghan Riegel

**MONDAY, AUGUST 18, 2025 AT 9:00 AM**
**SENTENCING**
**Henderson,** Marquest Fredel  5:23-CR-00316-1-D
**AUSA:** Justin Brickey /John Newby
**ATTY:** James Polk

**TUESDAY, AUGUST 19, 2025 AT 9:00 AM**
**SENTENCING**
**Matthews,** Courtney Linwood
**AUSA:** Michael James / Matthew Fesak  5:24-CR-00177-1-D
**ATTY:** Richard Croutharmel

**TUESDAY, AUGUST 19, 2025 AT 9:00 AM**
**SENTENCING**
**Chavis II,** Terry Andrew
**AUSA:** Aria Merle / Michael James  5:24-CR-00238-2-D
**ATTY:** Sean Cecil

**TUESDAY, AUGUST 19, 2025 AT 9:00 AM**
**SENTENCING**
**Matthews,** Courtney Jaquelin
**AUSA:** Michael James / Aria Merle  5:24-CR-00273-2-D
**ATTY:** William F. Finn Jr.

**TUESDAY, AUGUST 19, 2025 AT 9:00 AM**
**SENTENCING**
**Skipper,** Christopher Van
**AUSA:** Charity Wilson/ Daniel Bubar                              4:24-CR-00082-D
**ATTY:** David Venable


**TUESDAY, AUGUST 19, 2025 AT 9:00 AM**
**REVOCATION FOR SUPERVISED RELEASE FINAL HEARING**
**Skipper,** Christopher Van
**AUSA:** Charity Wilson/ Daniel Bubar                              4:17-CR-00044-D
**ATTY:** David Venable


**TUESDAY, AUGUST 19, 2025 AT <mark>1:00 PM</mark>**
**SENTENCING**
**Locklear,** Daniel Wayne                                          5:24-CR-00294-1-D
**AUSA:** Ashley Foxx
**ATTY:** David Venable


**TUESDAY, AUGUST 19, 2025 AT 1:00 PM**
**REVOCATION SUPERVISED RELEASE FINAL HEARING**
**Locklear,** Daniel Wayne                                          7:17-CR-00007-1-D
**AUSA:** Ashley Foxx
**ATTY:** David Venable


**TUESDAY, AUGUST 19, 2025 AT 1:00 PM**
**SENTENCING**
**Taylor,** Dennis Ray
**AUSA:** Nathaniel Lemons                                          7:23-CR-00059-2-D
**ATTY:** Joel Wagoner


**TUESDAY, AUGUST 19, 2025 AT 1:00 PM**
**SENTENCING**
**Hines,** Tyke'eke Monte
**AUSA:** Ashley Foxx                                               7:24-CR-00050-2-D
**ATTY:** Ania DeJoy


**TUESDAY, AUGUST 19, 2025 AT 1:00 PM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Hines,** Tyke'eke Monte
**AUSA:** Ashley Foxx                                               7:16-CR-00120-10-D
**ATTY:** Ania DeJoy

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**SENTENCING**
**Cheatham, Jr.** Clarence May
**AUSA:** Alison Lester                                          5:25-CR-00018-D
**ATTY:** Kimberly Moore

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Bantom Jr.**, Phillip Mark
**AUSA:** William Perry                                          4:08-CR-00076-1-D
**ATTY:** Ralph Frasier Jr.

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Spearman,** John Javier
**AUSA:** Alison Lester                                          5:12-CR-00220-1-D
**ATTY:** Jean-Paul Jacquet-Freese

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Morgan,** Jacinta Charlane
**AUSA:** Kelly Sandling                                         5:20-CR-00220-1-D
**ATTY:** Jean-Paul Jacquet-Freese

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Oden,** Jermaine Anthony
**AUSA:** Logan Liles                                            5:20-CR-00456-1-D
**ATTY:** Cindy Popkin-Bradley

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Welton,** Raymond
**AUSA:** Jake Pugh                                              7:21-CR-88-4D
**ATTY:** Jean-Paul Jacquet-Freese

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**REVOCATION SUPERVISED FINAL RELEASE HEARING**
**Morrow,** Demario Antoine                                      5:25-CR-00150-D
**AUSA:** Khari Cyrus
**ATTY:** Jean-Paul Jacquet-Freese

**WEDNESDAY, AUGUST 20, 2025 AT 9:00 AM**
**MOTION HEARING**
**Anthony,** Marcus Lorenzo
**AUSA:** Aria Merle							5:24-CR-00342-D
**ATTY:** Jamie Vavonese


**TUESDAY, AUGUST 26, 2025 AT 1:00 PM**
**MOTION HEARING**
**Gibson,** Parker Allen							5:24-CR-00068-D
    **AUSA**: Gabriel Diaz
    **ATTY**: Elisa Salmon