IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-0068-D

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL AND REMOVE ELECTRONIC MONITORING** |
| PARKER ALLEN GIBSON | |

NOW COMES Defendant Gibson, and moves this Court to modify his conditions of release to allow Mr. Gibson to travel at his own discretion and to remove electronic monitoring.[1] AUSA Logan Liles has been consulted and does not oppose this modification. In support, Mr. Gibson shows the Court as follows:

1. On March 13, 2024, the Court entered an Order setting conditions of pretrial release for this defendant with the consent of the parties. [D.E. 11.] Mr. Gibson has been fully compliant with all conditions for 21 months.

2. On December 19, 2024, the Court modified Mr. Gibson's travel restrictions allowing travel throughout North Carolina, South Carolina, Georgia and Florida. [D.E. 43.] The Court again modified the travel restrictions in February 2025 to allow Mr. Gibson to travel to Virginia to attend his daughter's gymnastics meet. [D.E. 52.]

3. Mr. Gibson's mother has been diagnosed with cancer and is now receiving treatment at a specialty hospital in Tennessee. Mr. Gibson requests a modification of his conditions, to remove travel restrictions so that he may travel at his own discretion and to remove electronic monitoring, so that he can

---

[1] The travel restriction is set forth at D.E. 11, paragraph 7(f). The Court later modified this travel restriction at D.E. 14, 43, and 52. The electronic monitoring (GPS), is set forth in paragraph 7(q) and (r). [D.E. 11.]

more quickly respond and travel to support his mother and father. Mr. Gibson is an only child and is very committed to being able to assist his parents in this time. Removal of travel restrictions will allow Mr. Gibson to determine with his family when he may visit them in Tennessee and elsewhere.

WHEREFORE, Mr. Gibson respectfully requests that this Court enter an Order modifying his conditions as requested herein.

Respectfully submitted this 16th day of December 2025.

THE SALMON LAW FIRM, LLP

*Elisa Cyre Salmon*
Elisa Cyre Salmon
N.C. State Bar No. 35242
Post Office Box 185
Lillington, North Carolina 27546
Telephone: (910) 984-1012
*Retained Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Modify Conditions of Release was served via CM/ECF to:

Mr. Logan Liles
Office of the United States Attorney, Eastern District of North Carolina

Respectfully submitted this the 16th day of December 2025.

THE SALMON LAW FIRM, LLP

*Elisa Cyre Salmon*
Elisa Cyre Salmon