IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-0068-D

| UNITED STATES OF AMERICA, | **ORDER** |
|---|---|
| v. | |
| PARKER ALLEN GIBSON | |

Before the Court for consideration is Defendant's Motion to Modify Conditions of Release to allow Mr. Gibson to travel at his own discretion and to remove electronic monitoring. For the reasons set forth in that motion, which constitute good cause shown, and with no objection from the government, the Defendant's Motion is ALLOWED.

It is therefore ORDERED that Defendant's conditions are modified, removing the restriction on Mr. Gibson's travel, as set forth at D.E. 11, paragraph 7(f) and later modified at D.E. 14, 43, and 52.

It is further ORDERED that Defendant's conditions of release are modified to remove the requirement that Mr. Gibson submit to electronic monitoring (GPS) and pay the costs thereof, as set forth at D.E. 11, in paragraph 7(q) and (r).

SO ORDERED this ___ day of _____, 2025.

_____
HON. JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE