UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-68-D-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| PARKER ALLEN GIBSON | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment in this case for the following reason:

1. On February 23, 2024, a Grand Jury in the Eastern District of North Carolina indicted the defendant on five counts related to the theft of government property, possessing an unregistered destructive device, and the unauthorized retention of classified material.

2. After fully reviewing the evidence in this case and relevant case law, the government respectfully submits that the interests of justice no longer support proceeding on these charges against the defendant.

3. The United States seeks leave from this Court under Fed. R. Crim. Pro. 48(a) to dismiss the Indictment to further the interests of justice.

Respectfully submitted this 28th day of August, 2026.

W. ELLIS BOYLE
United States Attorney

*<u>/s/ Logan W. Liles</u>*
LOGAN W. LILES
Assistant United States Attorney
Criminal Division
150 Fayetteville St. Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4045
Facsimile: (919) 856-4828
Email: logan.liles@usdoj.gov
N.C. State Bar #47888

*<u>/s/ Bradford M. DeVoe</u>*
BRADFORD M. DEVOE
Assistant United States Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
E-mail: bradford.devoe@usdoj.gov
NC Bar Number: 32651

Leave of Court is granted for the filing of the foregoing dismissal.

Date: _______________  ________________________________
JAMES C. DEVER III
United States District Judge